**CONDE v. STATE.**
No. 25999.

Court of Criminal Appeals of Texas.
Nov. 5, 1952.

**DAVIS v. STATE.**
No. 26013.

Court of Criminal Appeals of Texas.
Nov. 3, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is possession of whiskey for the purpose of sale in a dry area; the punishment, 90 days in jail and a fine of $250.

In the absence of a statement of facts, we are unable to determine whether the requested charges were warranted under the facts.

The proceedings appearing regular and no reversible error being apparent, the judgment is affirmed.